# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America | |
| Plaintiff, | |
| v. | No. EDMO 4:07-MJ-2044-AGF |
| | EDCA 2:06-CR-0441-GEB |
| Donald Hayles, | |
| Defendant. | |

## **ORDER**

Cash Bail in the amount of $2,000.00, was posted in the above-styled matter in the United States District Court-Eastern District of Missouri. These funds were received on behalf of the United States District Court-Eastern District of California, and therefore, the Clerk of the United States District Court-Eastern District of Missouri is hereby ORDERED to forward the funds collected to: Clerk, U.S. District Court-Eastern District of Sacramento, California, 4-200 United States Courthouse, 501 I Street, Sacramento, CA 95814-2322.

Dated this 1st day May, 2007.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE